**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Aidan Constancio LOPEZ–LOPEZ,
Defendant—Appellant.**

No. 02–50025.
D.C. No. CR–01–02382–JM.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 10, 2003.*

Decided March 12, 2003.

Before LEAVY, FERNANDEZ and BERZON, Circuit Judges.

MEMORANDUM **

Aidan Constancio Lopez–Lopez appeals his conviction, pursuant to a conditional guilty plea, for importation of cocaine in violation of 21 U.S.C. §§ 952 and 960.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Lopez–Lopez's contention that 21 U.S.C. §§ 841 and 960 are facially unconstitutional is foreclosed by *United States v. Mendoza–Paz,* 286 F.3d 1104, 1109–10 (9th Cir. 2002), and *United States v. Buckland,* 289 F.3d 558 (9th Cir.) (en banc), *cert. denied,* 535 U.S. 1105, 122 S.Ct. 2314, 152 L.Ed.2d 1067 (2002). Lopez–Lopez's contention that *United States v. Harris,* 536 U.S. 545, 122 S.Ct. 2406, 153 L.Ed.2d 524 (2002), overrules *United States v. Buckland* and *United States v. Mendoza–Paz* is foreclosed by *United States v. Hernandez,* 322 F.3d 592 (9th Cir.2003). His contention that the indictment should be dismissed because it did not allege *mens rea* as to drug type and quantity is foreclosed by *United States v. Carranza,* 289 F.3d 634 (9th Cir.2002).

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.